# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Satchidananda Buber, et al., | No. CV-20-00219-TUC-RM |
| Plaintiffs, | **ORDER** |
| v. | |
| GrowersHouse LLC, et al., | |
| Defendants. | |

Pending before the Court is the parties' Joint Motion to Dismiss with Prejudice. (Doc. 83.) The parties stipulate to dismiss with prejudice all claims in this action, with each party to bear its own attorneys' fees and costs. (*Id.*)

Accordingly,

**IT IS ORDERED** that the Joint Motion to Dismiss (Doc. 83) is **granted**. The above-captioned matter is **dismissed with prejudice**, with each party to bear its own costs and attorneys' fees. The Clerk of Court is directed to close this case.

Dated this 15th day of May, 2023.

_____
Honorable Rosemary Márquez
United States District Judge