# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Satchidananda Buber, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GrowersHouse LLC, et al., <br><br> Defendants. | NO. CV-20-00219-TUC-RM <br><br> **JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, pursuant to the parties' Joint Motion to Dismiss with Prejudice, that this case is dismissed with prejudice. Each party will bear its own costs and attorneys' fees.

Debra D. Lucas
District Court Executive/Clerk of Court

May 15, 2023

By   s/ C. Ortiz
Deputy Clerk